M. F. HICKEY CO., INC., Respondent, v. ARTHUR GREENFIELD, INC., and Others, Appellants, Impleaded, etc.—Judgment affirmed, with costs. No opinion. Present —Clarke, P. J., Merrell, Finch and Burr, JJ.

DAYTON E. SMITH, Respondent, v. EUGENE BOROSS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ROBERT SCHWARTZ, Respondent, v. MAX BESAS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

HARRY LANE, as Trustee in Bankruptcy, etc., Appellant, v. MAURICE MAETERLINCK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JEFFERSON CORPORATION, Appellant, v. WEST END COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ANTHONY FERRIS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of the Petition of GEORGE LEASK, Appellant, v. CALVARY BAPTIST CHURCH, a Religious Corporation of the State of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. DANIEL G. WHITLOCK and Others, Respondents. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to Lands, etc., for, etc., Opening, Widening and Extending Elm Street, from City Hall Place Near Chambers Street to Great Jones Street, etc.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS JANNEY, Respondent, v. FRANCES M. JANNEY, Appellant.— Order modified by granting motion for counsel fee in the sum of $250; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.